No. 85–5495.   McGLORY v. YOKA.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 85–5497.   ABBITT v. SAIED, JUDGE, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 85–5498.   HUNTER v. ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 85–5508.   HADDIX v. OHIO LIQUOR CONTROL COMMISSION.   Sup. Ct. Ohio.   Certiorari denied.

No. 85–5510.   BURTON v. WILSON ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 85–5511.   BURTON v. SMITH.   C. A. 8th Cir.   Certiorari denied.

No. 85–5514.   CUNNINGHAM v. SHAFER ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 85–5518.   FLEMING v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 85–5519.   GLICK v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 85–5521.   JEFFERSON v. MUNCY, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–5528.   ZIMMERMAN v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85–5556.   IN RE BURNLEY.   C. A. 4th Cir.   Certiorari denied.

No. 85–5569.   TUBBS v. McCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 85–5577.   ROTHSCHILD v. UNITED STATES SUPREME COURT ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 85–5578.   MARSH v. OREGON.   C. A. 9th Cir.   Certiorari denied.

No. 85–5581.   KOLMAN v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 7th Cir.   Certiorari denied.